**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| N.M., *a minor, by and through his Guardian ad Litem Pamela M.*,<br><br>                              Plaintiff,<br><br>v.<br><br>RAMONA UNIFIED SCHOOL DISTRICT, et al.,<br><br>                              Defendants. | Case No. 24-cv-2306-MMA-MSB<br><br>**ORDER RE MOTION TO APPOINT GUARDIAN AD LITEM**<br><br>[Doc. No. 3] |

Plaintiff N.M., a minor, brings this civil rights action against Ramona Unified School District and various individuals within the school district. Doc. No. 1. On December 17, 2024, N.M.'s adoptive mother, "Pamela M.," filed a motion for appointment of Guardian ad Litem. Doc. No. 3. The default presumption in litigation is that parties must use their real names. *Doe v. Kamehameha Sch.*, 596 F.3d 1036, 1046 (9th Cir. 2010) (identifying five factors courts must weigh when determining whether to allow a party to proceed anonymously) (quoting *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000)); *see also Perez v. Ecfc Holdings*, No. CV 16-4000 DSF (PLAx), 2016 U.S. Dist. LEXIS 200174, at *1 n.1 (C.D. Cal. Aug. 2, 2016) ("[E]very pleading must include the full names of the parties.") (citing Fed. R. Civ. P.

10(a)).  And here, Pamela M. has failed to provide her full name and has neither requested nor provided any explanation as to why she should be permitted to proceed in this action anonymously.

Accordingly, the Court **DIRECTS** Pamela M. to respond to this Order with either a declaration including her full name or an application to proceed under a pseudonym on or before **December 27, 2024**.

**IT IS SO ORDERED**.

Dated:  December 18, 2024

HON. MICHAEL M. ANELLO
United States District Judge